In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00402-CV
_____

**SANDRA NG, IN HER LIMITED CAPACITY AS SURVIVING HEIR OF DENNIS NG, Appellant**

**V.**

**FRANK MORGAN, IN HIS CAPACITY AS THE SUCCESSOR TRUSTEE OF THE TRAVIS ALLEN MORGAN TRUST, Appellee**

**On Appeal from County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 16-02-01717-CV**

**MEMORANDUM OPINION**

Appellant, Sandra Ng, in her limited capacity as surviving heir of Dennis Ng, filed a notice of appeal from an order requiring her to file an accounting. On November 2, 2017, the appellee, Frank Morgan, in his capacity as the Successor Trustee of the Travis Allen Morgan Trust, filed a motion to dismiss the appeal as moot because appellant filed the accounting on October 31, 2017. Ng did not file an opposition to the motion to dismiss. Accordingly, the motion to dismiss is granted

1

and the appeal is dismissed without reference to the merits. *See* Tex. R. App. P.

43.2(f).

    APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 6, 2017
Opinion Delivered December 7, 2017

Before McKeithen, C.J., Horton and Johnson, JJ.